IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**HANNAH FREDRICKSON,**
**ASHLEY KRENING,** and
**MAURIALEE BRACKE**, on behalf
of themselves individually and on
behalf of others similarly situated,

       Plaintiffs,

    v.

**STARBUCKS CORPORATION**,
a Washington corporation,

       Defendant.

No: 3:13-cv- 02041-HU

ORDER

**MOSMAN, J.**,

    Magistrate Judge Hubel GRANTED Plaintiffs' Emergency Motion for Stay [30]. Defendant objected [33], arguing that the magistrate judge erred in staying this matter. Plaintiffs responded [36]. Upon review, I find that Judge Hubel's order is not clearly erroneous or contrary to law. The objection [33] is overruled.

    DATED this   9th   day of April, 2014.

                                      /s/ Michael W. Mosman
                                      MICHAEL W. MOSMAN
                                      United States District Court

1 – ORDER